STUART F. DELERY
Assistant Attorney General
ANTHONY J. COPPOLINO
Deputy Branch Director
ERIC R. WOMACK
(IL Bar No. 6279517)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-4020
Facsimile: (202) 616-8470
E-mail: eric.womack@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **THE REPUBLIC OF THE MARSHALL ISLANDS**, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br> **THE UNITED STATES OF AMERICA,** *et al.*, <br><br>　　　　　Defendants. | Case No. 3:14-cv-01885-JSW <br><br> **Stipulation to Set Briefing Schedule and to Reschedule the Case Management Conference** <br> and Order Thereon as Modified |

　　　　The parties agree to extend the time for Defendants to respond to the Complaint and to set a briefing schedule for a motion filed pursuant to Federal Rule of Civil Procedure 12.  The parties also agree, pursuant to this Court's approval, to reschedule the case management conference, currently scheduled for August 1, 2014.  In support thereof, the parties state as follows:

　　　　1.　　Defendants' response to Plaintiff's Complaint is currently due on July 11, 2014.

2. The Deputy Branch Director that is responsible for supervision of this case on behalf of the federal Defendants will be out of the office on July 11 due to previously-scheduled travel plans. Accordingly, Defendants request a short extension of 10 days to allow for the review and completion of the Defendants' response to the Complaint.

3. The parties have also consulted and agreed upon a schedule for the filing of memoranda in the event that Defendants file a motion pursuant to Federal Rule of Civil Procedure 12 that would allow counsel sufficient time to consult with their clients and prepare said memoranda. Assuming the filing of such a motion, the schedule would proceed as follows:

| | |
|---|---|
| Defendants' Rule 12 Motion | July 21, 2014 |
| Plaintiffs' Opposition | August 21, 2014 |
| Defendants' Reply | September 8, 2014 |

4. This proposed briefing schedule would not affect any established deadlines.

5. The Case Management Conference in this matter has been set for August 1, 2014.

6. Undersigned counsel for the federal Defendants will be on previously-scheduled leave on August 1, 2014 and August 8, 2014. Therefore, counsel for Defendants will be unavailable on those dates. Accordingly, and to fully accommodate the proposed briefing schedule set forth above, the parties respectfully request to reschedule the Case Management Conference for September 12, 2014, or a time thereafter that is convenient for the Court.

Dated: June 11, 2014                    Respectfully submitted,

                                         STUART F. DELERY
                                         Assistant Attorney General

                                         ANTHONY J. COPPOLINO
                                         Deputy Branch Director

*Stipulation*, Case No. 3:14-cv-01885-JSW

*/s/ Eric R. Womack*
ERIC R. WOMACK
(IL Bar No. 6279517)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-4020
Facsimile: (202) 616-8470
E-mail: eric.womack@usdoj.gov

*Counsel for Defendants*

*/s/ Laurie B. Ashton (by permission)*
Laurie B. Ashton (Admitted pro hac vice)
Gary A. Gotto (Admitted pro hac vice)
lashton@kellerrohrback.com
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
(602) 248-0088, Fax (602) 248-2822

*Counsel for Plaintiff*

The Court shall set a case management conference, if necessary, in its order resolving the motion to dismiss.
PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 11, 2014

_____
Hon. JEFFREY S. WHITE
United States District Judge

*Stipulation*, Case No. 3:14-cv-01885-JSW