SCOTT YUNDT (CSB #242595)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94550
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email: scott@trivalleycares.org

Attorney for *Amicus Curiae*
TRI-VALLEY COMMUNITIES
AGAINST A RADIOACTIVE
ENVIRONMENT (CAREs)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REPUBLIC OF THE MARSHALL ISLANDS, a non-nuclear-weapon State party to the Treaty on the Non Proliferation of Nuclear Weapons,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, PRESIDENT BARACK OBAMA, THE PRESIDENT OF THE UNITED STATES OF AMERICA; THE DEPARTMENT OF DEFENSE; SECRETARY CHARLES HAGEL, THE SECRETARY OF DEFENSE; THE DEPARTMENT OF ENERGY; SECRETARY ERNEST MONIZ, THE SECRETARY OF ENERGY; AND THE NATIONAL NUCLEAR SECURITY ADMINISTRATION,<br><br>    Defendants. | Case No. 4:14-cv-01885-JSW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF TRI-VALLEY CAREs IN SUPPORT OF VENUE IN THE NORTHERN DISTRICT COURT OF CALIFORNIA**<br><br>Hearing Date: October 10, 2014<br>Time: 9:00 A.M.<br>Courtroom: Oakland Courthouse,<br>Courtroom 5 – 2nd Floor,<br>1301 Clay Street<br>Oakland, CA 94612 |

Having considered this matter and good cause appearing therefore,

IT IS HEREBY ORDERED that the pending Motion for Leave to File Amicus Curiae Brief of Tri-Valley Communities Against a Radioactive Environment (CAREs) in Support of Venue in The Northern District Court Of California is hereby GRANTED.

IT IS SO ORDERED.

DATED __September 4, 2014__.

_____
**HONORABLE JEFFREY S. WHITE**
**United States District Judge**

### CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

*/s/ Scott Yundt*

Scott Yundt